

ELVIN ESTEVES
Counsel

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4717 Fax: (973) 639-6489
eesteves@gibbonslaw.com

May 19, 2008

**VIA FACSIMILE**

Ms. Dolores Hicks
Deputy Clerk
United States District Court
Office of the Clerk
50 Walnut Street
P.O. Box 419
Newark, New Jersey  07102

> *[Handwritten note:]* No Order@ There will be argument on the motions pendings and a settlement conference thereafter on May 30, 2008 at 11 AM
> Peter HAlnon

Re:  Lazzaroni USA Corp. v. Steiner Foods, et al.
     Civil Action No. 05-04476 (PGS) (ES)

Dear Ms. Hicks:

Together with co-counsel Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., we represent Defendants Paolo Lazzaroni & Figli S.p.A. and B&R Classics, L.L.C. in the above-captioned action. As we discussed together with counsel for plaintiff earlier today, I am writing to request that the presently scheduled settlement conference of May 22, 2008 at 2:00 p.m. be adjourned to Friday, May 30, 2008 at a time to be determined by the Court and that the prospective hearing on the pending motion for contempt be set for a future date to be determined by the Court at the settlement conference in the event the matter is not resolved fully at the conference.

As we discussed, this request is on consent of the parties and to accommodate preexisting schedule conflicts. Thank you for your courtesies.

Sincerely yours,

Elvin Esteves
Counsel

EE/rvw

cc:  The Hon. Esther Salas, U.S.M.J.
     David H.E. Bursik, Esq. (via email)
     Evan Raynes, Esq. (via email)
     Mark Sommers, Esq. (via email)